**SEALED FILED**

1 | BENJAMIN B. WAGNER
United States Attorney
2 | KYLE REARDON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700

AUG 2 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE ARREST OF: | S.W. NO. |
|---|---|
| JOHN WOOD | 2:13-MJ-264 DAD |
|  | ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint, the accompanying affidavit, and arrest warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, until the execution of the arrest warrant.

Date: 8/22/13

_____
DALE A. DROZD
United States Magistrate Judge
Eastern District of California

1